Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

# UNITED STATES DISTRICT COURT
for the

District of _____

_____ Division

United States Courts
Southern District of Texas
FILED

AUG 08 2022

Nathan Ochsner, Clerk of Court

Candace Lanell Walker or
Candace Lanell Walker-Baldwin
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

20 defendants
Arch Diocese,
Cynthia Lanell Nash, Steven Carter & more
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Candace Lanell Walker or Candace Lanell Walker-Baldwin
Street Address: 12433 Tidwell rd apt 431
City and County: Houston Tx Harris County
State and Zip Code: Texas 77044
Telephone Number: N/A Don't have a number
E-mail Address: missclw2018@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1
Name: ArchDiocese
Job or Title (if known):
Street Address: 1700 Sanjacinto St.
City and County: Houston   Harris
State and Zip Code: Texas   77002
Telephone Number: 713-659-5461
E-mail Address (if known):

Defendant No. 2
Name: Our Mother of Mercy Catholic Church
Job or Title (if known):
Street Address: 4000 Sumpter St Houston, TX
City and County: Houston   Harris
State and Zip Code: Texas   77020
Telephone Number: 713-672-0026
E-mail Address (if known):

Defendant No. 3
Name: Mental Health / UT Harris Psychiatric Center
Job or Title (if known):
Street Address: 2800 S mac Gregor Way
City and County: Houston   Harris
State and Zip Code: Texas   77021
Telephone Number: 713-741-5000
E-mail Address (if known):

Defendant No. 4
Name: Nicholas Craig Walker-Baldwin
Job or Title (if known):
Street Address: 10011 Piave dr.
City and County: Houston   Harris
State and Zip Code: Texas   77044
Telephone Number: 832-971-1197
E-mail Address (if known):

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1
- Name: Cynthia Lanell Nash
- Job or Title (if known):
- Street Address: 9510 Maple Green ln
- City and County: Houston   Harris
- State and Zip Code: Texas   77044
- Telephone Number: 832-341-1977
- E-mail Address (if known):

Defendant No. 2
- Name: Alonzo Craig Baldwin
- Job or Title (if known):
- Street Address: 910 Confederate Rd
- City and County: ~~Hou~~ Liberty
- State and Zip Code: Texas   77575-5611
- Telephone Number: 936-340-7576 or 936-257-3869
- E-mail Address (if known):

Defendant No. 3
- Name: Travis White Jr
- Job or Title (if known): 1815 Avenue B
- Street Address: 1815 Avenue B
- City and County: Dickenson
- State and Zip Code: Tx   77539
- Telephone Number: 832-969-6851
- E-mail Address (if known):

Defendant No. 4
- Name: Diamond White or Laque A White
- Job or Title (if known):
- Street Address: 10011 Piave dr
- City and County: Houston   Harris
- State and Zip Code: Texas   77044
- Telephone Number: 832-483-9328
- E-mail Address (if known):

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1
- Name: HISD
- Job or Title (if known): School District
- Street Address: 4400 West 18 St level 1 se
- City and County: Houston    Harris
- State and Zip Code: Texas   77092
- Telephone Number: 713-556-6000
- E-mail Address (if known):

Defendant No. 2
- Name: Ray Mark Wightman
- Job or Title (if known):
- Street Address: 9416 N. Sandcree Dr
- City and County: Citrus Spring
- State and Zip Code: Florida   34434
- Telephone Number: 910-527-2016
- E-mail Address (if known): wightman69@Icloud.com

Defendant No. 3
- Name: Steven Carter & Elaine Carter
- Job or Title (if known):
- Street Address: 8111 East point Blvd
- City and County: Baytown
- State and Zip Code: Texas   77521-
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Christa Carter
- Job or Title (if known):
- Street Address: 9822 Graniteville dr.
- City and County: Houston   Harris
- State and Zip Code: Texas
- Telephone Number: 832-731-9889
- E-mail Address (if known):

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1
- Name: Fritz Baldwin
- Job or Title (if known):
- Street Address: 8518 South Meadow Dr
- City and County: Houston   Harris
- State and Zip Code: Texas   77071
- Telephone Number: 832-443-3213
- E-mail Address (if known):

Defendant No. 2
- Name: Rickey & Ethal Baldwin
- Job or Title (if known):
- Street Address: 308 Baker Cir
- City and County: Ames
- State and Zip Code: Texas   77575
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Janice Frazier
- Job or Title (if known):
- Street Address: 535 Bienville ln
- City and County: Houston   Harris
- State and Zip Code: Texas   77015
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Robert Morrison
- Job or Title (if known): State Farm
- Street Address: 12824 Willow Centre Dr ste F
- City and County: Houston   Harris
- State and Zip Code: Texas   77066
- Telephone Number: 832-428-1283
- E-mail Address (if known):

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1
- Name: Cheneka Hughes
- Job or Title (if known):
- Street Address: 15615 Carberry Hill Ct
- City and County: Houston   Harris
- State and Zip Code: Texas   77044
- Telephone Number: 832-616-1118 or 832-616-1566
- E-mail Address (if known):

Defendant No. 2
- Name: Larry Smith Sr. Jr. & Charlene Baldwin
- Job or Title (if known):
- Street Address: 451 Maxey Rd
- City and County: Houston   Harris
- State and Zip Code: Texas   ~~77177~~ 77015
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Army
- Job or Title (if known): United States Army
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Marines
- Job or Title (if known): United State Marines
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, (name) Candace Lanell Walker / Candace Lanell Walker-Baldwin, is a citizen of the State of (name) Texas.

2. If the ~~plaintiff~~ Defendants is a corporation

   The ~~plaintiff~~ Defendants, (name) HISD (Houston Independent School District), is incorporated under the laws of the State of (name) Texas, and has its principal place of business in the State of (name) Texas.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) Alonzo Craig Baldwin, is a citizen of the State of (name) Texas. Or is a citizen of (foreign nation) U.S.

2. If the defendant is a corporation

   The defendant, (name) Our Mother of Mercy Catholic Church is incorporated under the laws of the State of (name) Texas, and has its principal place of business in the State of (name) TX. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) Our Mother of Mercy.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The ~~Plaintiff(s)~~ Defendants

1. If the ~~plaintiff~~ defendants is an individual

    The ~~plaintiff~~ Defendants, (name) __Cynthia Lanell Nash__, is a citizen of the State of (name) __Texas__.

2. If the ~~plaintiff~~ Defendant is a corporation

    The ~~plaintiff~~ Defendant, (name) __mental health / UT Harris Psychiatric Center__, is incorporated under the laws of the State of (name) __Texas__, and has its principal place of business in the State of (name) __Texas__.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, (name) __Nicholas Craig Walker-Baldwin__, is a citizen of the State of (name) __Texas__. Or is a citizen of (foreign nation) __U.S__.

2. If the defendant is a corporation

    The defendant, (name) __Arch Diocese__, is incorporated under the laws of the State of (name) __Texas__, and has its principal place of business in the State of (name) __Texas__. Or is incorporated under the laws of (foreign nation) __United States__, and has its principal place of business in (name) __Arch Diocese__.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A. The ~~Plaintiff~~ defendants

1. If the ~~plaintiff~~ is an individual Defendants

   The ~~plaintiff~~ defendants (name) __Diamond White or Laque A White__, is a citizen of the State of (name) __Texas__.

2. If the ~~plaintiff~~ is a corporation Defendants

   The ~~plaintiff~~, (name) __Marine__, is incorporated under the laws of the State of (name) __Texas__, and has its principal place of business in the State of (name) __U.S__.

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) __Travis White Sr__, is a citizen of the State of (name) __Texas__. Or is a citizen of (foreign nation) __U.S__.

2. If the defendant is a corporation

   The defendant, (name) __Army__, is incorporated under the laws of the State of (name) __Texas__, and has its principal place of business in the State of (name) __Texas__. Or is incorporated under the laws of (foreign nation) __U.S.__, and has its principal place of business in (name) __Texas__.

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The ~~Plaintiff~~ Defendants

1. If the ~~plaintiff~~ defendant is an individual

   The ~~plaintiff~~ defendant, (name) __Ray Mark Wightman__, is a citizen of the State of (name) __Florida__.

2. If the ~~plaintiff~~ defendant is a ~~corporation~~ Individual

   The plaintiff, (name) __Fritz Baldwin__, is ~~incorporated~~ Individual under the laws of the State of (name) __Texas__, and has its principal place of business in the State of (name) __Texas__.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) __Steven Carter; Elaine Carter__, is a citizen of the State of (name) __Texas__. Or is a citizen of (foreign nation) __U.S__.

2. If the defendant is a ~~corporation~~ Individual

   The defendant, (name) __Chasta Carter__, is ~~incorporated~~ under the laws of the State of (name) __Texas__, and has its principal place of business in the State of (name) __Texas__. Or is ~~incorporated~~ under the laws of (foreign nation) __Texas__, and has its principal place of business in (name) __Texas__.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A. The ~~Plaintiff(s)~~

1. If the ~~~~ is an individual [defendants]

    The ~~~~ (name) [defendant] Rickey & Ethal Baldwin, is a citizen of the State of (name) Texas.

2. If the ~~~~ is a ~~~~ [defendant individual]

    The ~~~~ (name) [defendant] Janice Frazier, is ~~incorporated~~ under the laws of the State of (name) Texas, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. The Defendant(s)

1. If the defendant is an individual

    The defendant, (name) Robert ~~Morison~~ Morrison, is a citizen of the State of (name) Texas. Or is a citizen of (foreign nation) U.S.

2. If the defendant is a ~~corporation~~ Individual

    The defendant, (name) Cheneka Hughes, is ~~incorporated~~ under the laws of the State of (name) Texas, and has its principal place of business in the State of (name) Texas. Or is ~~incorporated~~ under the laws of (foreign nation) Texas U.S, and has its principal place of business in (name) Texas.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

11 of 14

Page ~~3 of 5~~

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A. The ~~Plaintiff(s)~~ Defendants

1. If the ~~plaintiff~~ is an individual

    ~~Real~~ Defendants

    The ~~plaintiff~~ Defendant (name) Larry Smith ³ Charlene Baldwin , is a citizen of the State of (name) Texas .

2. If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

B. The Defendant(s)

1. If the defendant is an individual

    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation

    The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

    (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

C. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

30 million for Taking what does not belong to them? Pain & Suffering

III. **Statement of Claim**

A. Describe the property that you own that is the subject of this complaint, including its value. My Copyrights, Wiley & Sanaa Wightman copyrights. Every Electronic device in my house Has an Attachment. My mind, voice, Body, Car, life & Soul. Estate & all Securities that have Been stolen or placed with Someone other than my self. TV's, Computer & everything is being monitored.

B. How and when did you come to own the property? I purchased electronic devices like, TV's Computers, phones from the store. My car I purchased from the Buick dealership. I have never owned my own copyrights Because parents & Church will not teach me or allow me to finish School. they have turned me into a virtual slave.

C. How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property. Looks, they have use tyranny and repressive & oppressive Behavior, Hiding things from me to Control the out come. Listening And channeling through my throat or ears. When I try to go Back to college and sign in something comes on inside my Body that Hurts Bad. Spying, framers of the Constitution, entrapment, anything I want they knew & cursed my life and compromise my Security. All fraudulent Deeds to steel my life.

D. *(If the defendant(s) rightfully came into possession of the property):* Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist. I asked my mother she said she doesn't know what I'm talking about. I talked to my priest he doesn't know what I'm talking about. I pull records & people Laugh if I tell them Someone is spying on me & Beating to every situation. I asked if someone has power of Attorney from the courts they said No. Someone has closed all of my records. I would like to know why? what I can do to get everything Back to Normal

IV. **Relief** I can't work Because they are firing me Because someone keeps Hunting down OR Go to School. They are making money off of Watching me.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

13 of 14

Page 4 of 5

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

I am 40 I am not youthfull anymore. They have taken my 8 pack stomach away. Chased me down. My mind, Body & Soul, ears, head hurts. They stole 300 dollars from my Back Pack. My phone is being monitored it Hurts so I can not have a phone at all. It feels like I am dieing. Lost time from school & wages. I think they implanted IVF kids for me to have. I will take 3 million for that or more.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    Candace J. Walker-Baldwin
Printed Name of Plaintiff    Candace Lanell Walker-Baldwin

### B. For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

14 of 14